# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 10-3044

_____

| | | |
|---|---|---|
| Abigail Vicente-Vasquez, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of |
| v. | * | an Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: March 16, 2011
Filed: March 21, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Abigail Vicente-Vasquez petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum and withholding of removal. We conclude that the decision was supported by substantial evidence on the record as a whole. See Khrystotodorov v. Mukasey, 551 F.3d 775, 781 (8th Cir. 2008). Accordingly, we deny the petition for review.

_____